# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| United States of America, | Case No. 11-cr-0381 (SRN/JJG) |

                **Plaintiff,**

**v.**                                           **O R D E R**

**Robert Allen Walker,**

                **Defendant.**

_____

JEANNE J. GRAHAM, United States Magistrate Judge

This matter is before the Court on the Government's request for a one-week extension of deadlines set forth in this Court's Order of September 18, 2013. The Court finds good cause for the extension.

Accordingly, **IT IS HEREBY ORDERED** that the deadlines established in the Court's Order of September 18, 2013 (ECF No. 76) are extended as follows:

1. The taint team must continue its rolling production of materials to Mr. Wold and complete such production by Friday, October 4, 2013;

2. All originals and copies of any materials deemed to be privileged on initial review by the taint team must be returned to Defendant through Mr. Wold no later than Friday, October 4, 2013;

3. Mr. Wold and the taint team must meet and confer over any disputed Potentially Privileged Materials by Wednesday, October 9, 2013; and

4.      Mr. Wold and the taint team must file, under seal, their respective positions concerning disputed designations, including any relevant factual or legal bases, by Friday, October 11, 2013. The Court shall take any disputes under advisement at that time.


Dated: September 26, 2013

 *s/ Jeanne J. Graham*
JEANNE J. GRAHAM
United States Magistrate Judge