UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Robert Allen Walker,

        Defendant.

Criminal No. 11-0381 (SRN/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant's Motion to Suppress Evidence Obtained in Violation of the Sixth Amendment (ECF No. 29) is **DENIED**;

3. Defendant's Motion to Suppress Evidence (ECF No. 30) is **DENIED**;

4. Defendant's Motion for a Bill of Particulars and/or Motion to Dismiss (ECF No. 57) is **DENIED AS MOOT**; and

5. Defendant's Supplemental Motion to Suppress Evidence Obtained in Violation of the Sixth Amendment (ECF No. 61) is **DENIED**.


Dated: October 17, 2013          s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge